SANDERS, J., is of the opinion a writ should be granted.

187 So.2d 446

Lula B. HOOVER et al.

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

No. 48254.

June 22, 1966.

In re: Lula B. Hoover et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 185 So.2d 548.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.